UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRENT SMITH and TODD SMITH,

        Plaintiffs,

v.                                    Case No.  8:07-cv-1140-T-24 MSS

MARTIN PURE, ET AL.,

        Defendants.
_____/

**ORDER**

      This cause comes before the Court on Plaintiffs' request to extend the time to serve

Defendants Martin Pure and Green Sparkle Ltd.  (Doc. No. 26).[1]  Plaintiffs request a 120 day

extension to serve them, because Plaintiffs contend that they are evading service and/or are

located in China.  The Court is not inclined to grant the extension, since Plaintiffs have not given

the Court any explanation as to how the extra time will allow them to serve these defendants

when Plaintiffs do not know where they are located.  Accordingly, as stated in the Court's

October 9, 2007 order: "If Plaintiffs fail to serve Defendants Pure and Green Sparkle by October

30, 2007 and file proof of service by November 2, 2007, the Court will dismiss Plaintiffs' claims

against them without prejudice for failure to serve these defendants within 120 days." (Doc. No.

22).

      Accordingly, it is ORDERED AND ADJUDGED that Plaintiffs' request to extend the

time to serve Defendants Martin Pure and Green Sparkle Ltd (Doc. No. 26) is **DENIED**.

---

[1]This request was improperly made in the parties' case management report, rather than in
a separate motion.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of October, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record